*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Sokha Hach

Debtor(s)

BK No. 1:15–bk–11268

Chapter 7

---

### ORDER GRANTING APPLICATION TO PAY FILING FEES IN INSTALLMENTS

The Court has reviewed the Application to Pay Filing Fees in Installments filed by the debtor(s) in this case. The court finds that the number of installments does not exceed four and either the final installment date is not beyond 120 days after filing the petition, or that cause has been established to extend the final installment to a date not later than 180 days after the filing of the petition. Fed.R.Bankr.P. 1006(b)(2).
Therefore, it is **ORDERED** that:

1. **Order Granting Application To Pay Filing Fees In Installments. First Installment PAID in the amount of $112.00. Second Installment Payment due by 7/23/2015 in the amount of $74.50; Third Installment Payment due by 8/20/2015 in the amount of $74.50; Final Installment Payment due by 9/17/2015 in the amount of $74.00.**

2. All installments of the filing fee must be paid in full before the debtor or chapter 13 trustee may make further payments to an attorney or any other person who renders services to the debtor in connection with the case.

3. This case will be subject to automatic dismissal if the first installment is not timely paid, and will be subject to dismissal for failure to pay any subsequent installments thereafter.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **6/24/15**

Entered on Docket: **6/24/15**
Document Number: **7 – 4**

Ordintsall.jsp #121

---