UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

_____
Fennessy, Carolyn A.                              )
                                                  )
       Debtor,                                    )       CHAPTER 13
                                                  )       CASE NO. 15-10927
_____)

**NOTICE OF CONVERSION OF CASE FROM CHAPTER 13 TO CHAPTER 7**

      Now comes Carolyn A. Fennessy, Debtor in the above-entitled case, by and through counsel undersigned, who hereby provides notice of the conversion of this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (Title 11 of the United States Code).

Dated: May 15, 2015

                                       Respectfully Submitted,

                                        /s/ Todd S. Dion_____
                                       Todd S. Dion, Esq. (#6852)
                                       1599 Smith Street
                                       North Providence, RI 02911
                                       Telephone: 401-965-4131
                                       Facsimile:  401-429-6183
                                       toddsdion@msn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2015, a copy of the foregoing document, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the following affected parties;

Green Tree Servicing
PO Box 6172
Rapid city, SD 55709

Barclays Bank
125 S. West Street
Wilmington, DE 19801

Capital One
PO Box 30281
Salt Lake City, UT 84130

Great Plains Lending
7490 HWY 177
Red Rock, OK 74651

HSBC Bank
PO Box 9
Buffalo, NY 14240

Plain Green, LLC
PO Box 270
Box Elder, MT 59251

Santander Consumer USA
8585 N. Stemmons Fwy
Dallas, TX 75247

Spirit of America Natl Bank
1103 Allen Drive
Milford, OH 45150


Springleaf

961 Weigel Drive
Elmhurst, IL 60126

Lowes
PO Box 965005
Orlando, FL 32896

Wal Mart
PO Box 965024
Orlando, FL 32896

Home Depot
PO Box 6497
Sioux Falls, SD 57117

Atlantic Collection
194 Boston Post Road
East Lyme, CT 06333

Cavalry Portfolio
500 Summit Lake Drive
Valhalla, NY 10595

Credit Protection Agency
13355 Noel Road
Dallas, TX 75240

LTD Financial
7322 Southwest Fwy
Houston, TX 77074

Midland Funding
8875 Aero drive
San Diego, CA 92123

Pinnacle Credit Services
PO Box 640
Hopkins, MN  55343

Portfolio Recovery Services
120 Corporate Blvd
Norfolk, VA 23502

                                                             */s/ Todd S. Dion*
                                                     Todd S. Dion, Esq.