**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Carolyn A. Fennessy

Debtor(s)

BK No. 1:15−bk−10927

Chapter 7

---

### ORDER SETTING POST CONVERSION DEADLINES

The above referenced case was converted to chapter 7 on **5/18/2015**.

1. Pursuant to LBR 1007−1(c), please be advised that the debtor is required to file the following documents within fourteen (14) days of the date of conversion, **no later than n/a**:

- ☐ Chapter 13 Plan
- ☐ RI Local Bankr. Form V
- ☐ Form 22C−1
- ☐ Form 22C−2, as applicable
- ☐ Form 22A−1
- ☐ Form 22A−2 OR Stmt of Exemption from Presumption of Abuse 22A−1(supp)
- ☐ 20 Largest Creditor List
- ☐ Exhibit A (corp. only)

2. Further, pursuant to Fed. R. Bankr.P. 1019(5)(A) and (B), the **debtor** in the superseded chapter 13 case or the **debtor in possession/trustee** in a superseded chapter 11 or 12 case, is hereby *ORDERED* to file with the court, with a copy to the local Office of the U.S. Trustee, **a Schedule of Post−Petition Debts and a creditor list** of the new post−petition creditors only, **no later than 6/1/2015**, (14 days from order of conversion). Said schedule shall list all unpaid debts incurred after the commencement of the prior chapter case and shall include a creditor list containing the name and address of each creditor.

3. Pursuant to Fed. R. Bankr. P. 1019(5)(A) and (B), the **trustee/debtor in possession** in the superseded chapter 11,12 or 13 case, is hereby ORDERED to file with the court, with a copy to the local Office of the U.S. Trustee, **a final report and account no later than 7/17/2015** (60 days from order of conversion).

**Failure to timely file all of the above required documents by the specified deadlines will result in the automatic issuance of an order to show cause why the case should not be dismissed and/or monetary sanctions imposed, as appropriate.**

*So Ordered:*

Entered on Docket:
**5/18/15**
Document Number: **14**

144c.jsp

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **5/18/15**

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*