## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

_____
Hach, Sokha,                               )
                                           )
       Debtor,                             )        CHAPTER 7
                                           )        CASE NO. 15-11268
                                           )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2015, a copy of the foregoing Amended Statement of Financial Affairs, Sch B, C and Summary of Schedules, filed through the CM/ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on the parties listed on the NEF as not receiving electronic notice, including the following creditors of debtor;

    National Grid
    Po Box 11739
    Newark, NJ 07101

    Deutsche Bank NT Co.
    7575 Irvine Center Drive
    Irvine, CA 92618

    Verizon
    500 Technology Dr. Suite 550
    Weldon Spring, MO 63304

                                           _/s/ Todd S. Dion_ _
                                           Todd S. Dion, Esq.