Certificate Number: 05781-RI-DE-026170933

Bankruptcy Case Number: 15-11268



05781-RI-DE-026170933

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 8, 2015, at 2:21 o'clock PM PDT, Sokha Hach completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Rhode Island.

Date:   September 8, 2015                By:   /s/Allison M Geving

                                         Name:  Allison M Geving

                                         Title:  President