*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Sokha Hach                    BK No. 1:15–bk–11268

Debtor(s)                            Chapter 7

---

### ORDER TO SHOW CAUSE AGAINST SOKHA HACH WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY INSTALLMENT PAYMENT

On 6/25/2015 , the above–named debtor(s) filed a chapter 7 bankruptcy petition and thereafter, an order was entered requiring the debtor to pay the filing fee in installments. The debtor was required to make the FINAL installment payment of $ 73.50 on 9/17/2015 . To date, the debtor(s) has failed to pay the required installment payment.

Accordingly, the debtor(s) is hereby **ORDERED TO SHOW CAUSE IN WRITING** by 10/5/2015 why the case should not be dismissed for failure to comply with the Order Requiring the Debtor to Pay Filing Fees in Installments. Compliance can be made by submitting the overdue installment payment no later than the response date to this Order to Show Cause, on or before 10/5/2015 . If the overdue installment payment is not timely paid or a written response to this Order to Show Cause is not timely filed, the case will be automatically dismissed without further notice or hearing.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **9/21/15**

Entered on Docket: **9/21/15**
Document Number: **37 – 7**

131.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*